Slip Op. 13-104

## UNITED STATES COURT OF INTERNATIONAL TRADE

**UNION STEEL**,

        Plaintiff,

  and

**WHIRLPOOL CORPORATION,**

        Plaintiff-Intervenor,

  v.

**UNITED STATES**,

        Defendant,

  and

**UNITED STATES STEEL CORPORATION and NUCOR CORPORATION**,

        Defendant-Intervenors.

**Before: Timothy C. Stanceu, Judge**

**Court No. 09-00130**

## JUDGMENT

Upon the parties' Stipulation of Dismissal of Count One (Zeroing) of the Complaint (July 10, 2013), ECF No. 148, in accordance with the Opinion and Order issued in this case on April 25, 2012, Slip Op. 12-56, ECF No. 131, upon consideration of all papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the Final Results of Redetermination pursuant to Remand (July 15, 2011), ECF No. 115, be, and hereby are, affirmed; and it is further

**ORDERED** that entries of merchandise that are the subject of this litigation shall be liquidated in accordance with the final court decision in this action.

/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge

Dated: August 8, 2013
      New York, New York